UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No:  8:25-cv-00171-DOC (KESx)			Date: May 12, 2025

Title:  Paul Velgos, d/b/a Paul Velgos Photography v. Boardwalk Investments Group, et al

PRESENT:   THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CIVIL CASE**

The Court, having been notified that this action has been settled re Notice of Settlement [21] hereby orders this action **DISMISSED** without prejudice. The Court hereby orders all proceedings in the case **VACATED** and taken off calendar. The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: djl